NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAULTON D. ALLEN,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2010-3088, -3178

---

Petitions for review of the Merit Systems Protection Board in case nos. DC0752070694-C-3 and DC0752070694-C-4.

---

**ON MOTION**

---

**O R D E R**

We construe Caulton D. Allen's filing of his informal brief as an unopposed motion for leave to file a brief out-of-time. We also construe Allen's submission to correct the record as a motion to file a supplemental appendix to his informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

FEB 1 5 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Caulton D. Allen
     Vincent D. Phillips, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 5 2011

JAN HORBALY
CLERK